

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 22-1013 DHU |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 1153 and 117(a)(1): |
| ) | Assault by an Habitual Offender; |
| ) | |
| **MATTHEW VICENTI**, ) | Count 2: 18 U.S.C. §§ 1153 and 1201(a)(2): |
| ) | Kidnapping; |
| Defendant. ) | |
| ) | Count 3: 18 U.S.C. §§ 1153 and 113(a)(8): |
| ) | Assault of an Intimate Partner by Strangling. |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about December 26, 2021, and continuing to on or about December 28, 2021, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **MATTHEW VICENTI**, an Indian, assaulted Jane Doe, a spouse and intimate partner of the defendant, and the defendant has a final conviction on at least two separate prior occasions in Indian tribal court proceedings for an offense that, if subject to Federal jurisdiction, would be any assault, sexual abuse, and serious violent felony against a spouse and intimate partner.

In violation of 18 U.S.C. §§ 1153 and 117(a)(1).

Count 2

From on or about December 26, 2021, and continuing to on or about December 28, 2021, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant,

**MATTHEW VICENTI**, an Indian, did unlawfully kidnap, abduct, seize, and confine Jane Doe and hold her for ransom, reward, and otherwise.

In violation of 18 U.S.C. §§ 1153 and 1201(a)(2).

<u>Count 3</u>

On or about December 28, 2021, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **MATTHEW VICENTI**, an Indian, assaulted Jane Doe, the Defendant's spouse, intimate partner, and dating partner, by strangling, suffocating, and attempting to strangle and suffocate Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney