UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 22-1013 DHU | USA vs.: | Vicenti |
| Date: | 5/1/24 | Name of Deft: | Matthew Vicenti |

Before the Honorable: David Herrera Urias

| | | | |
|---|---|---|---|
| Time In/Out: | 3:32-4:05 PM | Total Time in Court (for JS10): | 33 minutes |
| Clerk: | J. Gonzales | Court Reporter: | C. McAlister |
| AUSA: | Kimberly Bell | Defendant's Counsel: | Daniel Snyder |
| Sentencing in: | ABQ | Interpreter: | |
| Probation Officer: | Jason Hunt | Interpreter Sworn? | Yes / No |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Plea | Verdict | As to: | Information | Indictment |
| If Plea: | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | | PSR: | Not Disputed / Disputed | Courts adopts PSR Findings | |
| Evidentiary Hrg: | Not Needed / Needed | Exceptions to PSR: | | | |

## SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | |
| Supervised Release: | Probation: |
| REC | 500-Hour Drug Program / BOP Sex Offender Program / Other: |
| ICE | Court recommends ICE begin removal proceedings immediately or during service of sentence / ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for ___ months ___ days |
| Comply with ICE laws and regulation | Community service for ___ months ___ days |
| Participate in outpatient substance abuse treatment program | Reside halfway house ___ months ___ days |
| Participate in mental health treatment program | Register as sex offender |
| Refrain from use/possession of alcohol/intoxicants | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) | No computer with access to online services |
| No entering or loitering near victim's residence | No contact with children under 18 years |
| Provide financial information | No volunteering where children supervised |
| Grant limited waiver of confidentiality | Restricted from occupation with access to children |
| Refrain from use and possession of synthetic cannabinoids, etc. | No loitering within 100 feet of school yards |
| No possession of a firearm, ammunition, destructive device or any other dangerous weapon | Participate in an educational or vocational program approved by the Probation Officer |

OTHER:

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | |
| SPA: $ | | Payment Schedule: | Due Immediately / Waived |

OTHER:

| | |
|---|---|
| Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| **X** Held in Custody | Voluntary Surrender |

Recommended place(s) of incarceration:

Dismissed Counts:

OTHER COMMENTS: Mr. Snyder argues in support of objection to Count 3.
Ms. Bell argues in opposition to objection.
Court overrules objection.
Mr. Snyder argues in support of objection to paragraph 41.

Ms. Bell argues in opposition to objection.
Court will reset hearing.