# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 22-1013 DHU | | USA vs.: Vicenti | |
| Date: 5/22/24 | | Name of Deft: Matthew Vicenti | |

**Before the Honorable:** David Herrera Urias

| | | | |
|---|---|---|---|
| Time In/Out: | 1:41-2:28 PM / 2:39-3:06 PM | Total Time in Court (for JS10): | 1 hour 14 minutes |
| Clerk: | J. Gonzales | Court Reporter: | C. McAlister |
| AUSA: | Kimberly Bell | Defendant's Counsel: | Daniel Snyder |
| Sentencing in: | ABQ | Interpreter: | |
| Probation Officer: | Jason Hunt | Interpreter Sworn? | Yes ☐  No ☐ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | ☐ Verdict | As to: | ☐ Information | **X** Indictment | | |
| If Plea: | ☐ Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: 1 and 3 | | | | |
| If Plea Agreement: | **X** Accepted | ☐ Not Accepted | ☐ No Plea Agreement | Comments: | | | |
| Date of Plea/Verdict: 8/29/23 | PSR: ☐ Not Disputed | **X** Disputed | **X** Courts adopts PSR Findings | | | | |
| Evidentiary Hrg: | **X** Not Needed | ☐ Needed | Exceptions to PSR: | | | | |

### SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | 34 months less 1 day as to each count; said terms to run concurrently for a total term of 34 months less 1 day |
| Supervised Release: | 3 years as to each count; said terms to run concurrently for a total term of 3 years |
| Probation: | |

| REC | **X** 500-Hour Drug Program | ☐ BOP Sex Offender Program | Other: |
|---|---|---|---|
| ICE | ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence | | ☐ ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☐ | No re-entry without legal authorization | ☐ Home confinement for ___ months ___ days | |
| ☐ | Comply with ICE laws and regulation | ☐ Community service for ___ months ___ days | |
| **X** | Participate in outpatient substance abuse treatment program | ☐ Reside halfway house ___ months ___ days | |
| **X** | Participate in mental health treatment program | ☐ Register as sex offender | |
| ☐ | Refrain from use/possession of alcohol/intoxicants | ☐ Participate in sex offender treatment program | |
| **X** | Submit to search of person/property | ☐ Possess no sexual material | |
| **X** | No contact with victim(s) | ☐ No computer with access to online services | |
| ☐ | No entering or loitering near victim's residence | ☐ No contact with children under 18 years | |
| **X** | Provide financial information | ☐ No volunteering where children supervised | |
| ☐ | Grant limited waiver of confidentiality | ☐ Restricted from occupation with access to children | |
| **X** | Refrain from use and possession of synthetic cannabinoids, etc. | ☐ No loitering within 100 feet of school yards | |
| ☐ | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | ☐ Participate in an educational or vocational program approved by the Probation Officer | |

You shall waive your right of confidentiality-mental health
You shall waive your right of confidentiality-substance abuse
You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year.
You must not use or possess alcohol. You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or an alcohol monitoring technology program to determine if you have used alcohol. Testing shall not exceed more than 4 test(s) per day.
You must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d).
You must participate in an educational or vocational services program and follow the rules and regulations of that program.
You must participate in and successfully complete a community-based program which provides education and training in domestic violence prevention.
You must not open new lines of credit, which includes the leasing of any vehicle or other property or use existing credit resources without the prior approval of the supervising probation officer.

**OTHER:** Participate in an inpatient treatment program for at least 180 days, if RDAP not completed

| Fine: | $ | 0.00 | | | Restitution: | $ | Open for 90 days | | |
|---|---|---|---|---|---|---|---|---|---|
| SPA: | $ | 200.00 | | | Payment Schedule: | X | Due Immediately | | Waived |
| OTHER: | | | | | | | | | |
| | Advised of Right to Appeal | | X | Waived Appeal Rights per Plea Agreement | | | | | |
| X | Held in Custody | | | Voluntary Surrender | | | | | |
| X | Recommended place(s) of incarceration: | | | FCI Englewood, FCI Florence | | | | | |
| | Dismissed Counts: | | | | | | | | |
| OTHER COMMENTS: | Court makes ruling on grouping objection.<br>Mr. Snyder requests variance.<br>Ms. Bell objects to variance.<br>Mr. Snyder withdraws request for variance.<br>Defendant addresses Court.<br>Mr. Snyder requests RDAP recommendation-modification of TSR if defendant completes RDAP-requests F.C.I. designation. | | | | | | | | |